PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. James Gregory Dant**

**Docket No. 0:01CR00338-1(ADM)**

**Petition on Probation**

COMES NOW **Elizabeth M. Callahan**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **James Gregory Dant** who was sentenced for Tampering with Monitoring Device or Method Under the Clean Water Act on June 18, 2001, by the Honorable Robert E. Payne, sitting in the court at Richmond, Virginia, who fixed the period of supervision at 5 years probation, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

> Drug aftercare; mandatory drug testing; mental health aftercare; financial disclosure; 90 days intermittent confinement; 6 months home detention; employer notification; speak at environmental law seminars at least 1 time per year for first 3 years; regular monthly payments toward special assessment; and $7,500 fine to be paid in $200 monthly payments.
>
> Conditions were modified on March 12, 2004, to require 150 hours community service in lieu of environmental law seminars. The conditions were modified again on August 18, 2004, to include an additional 50 hours of community service and a requirement that the defendant complete at least 100 hours of the community service on or before March 18, 2005.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> SPECIAL CONDITION: The defendant shall perform a total of 200 hours community service. Defendant shall complete at least 100 hours of this community service on or before March 18, 2005.

Despite repeated admonitions, Mr. Dant has failed to address his community service obligation. He completed approximately 13 hours between August 18, 2004, and October 29, 2004. Since that time, he has demonstrated no effort to address his community service requirements.

SCANNED
MAR 23 2005
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 22nd day of March, 2005, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Elizabeth M. Callahan
U.S. Probation Officer

Executed on March 21, 2005
Place Minneapolis