# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

v.

James Gregory Dant

## SUMMONS IN A CRIMINAL CASE

Case Number: CR 01-338 (1) ADM

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 9E**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Magistrate Judge Jonathan G. Lebedoff**

On: **3/31/05 at 11:00 a.m.**

To answer a(n) Order of the Court.

Brief description of offense: Violation of Probation

Jackie Ellingson, Deputy Clerk

Dated: March 22, 2005

A true printed copy in 2 sheet(s)
of the electronic record filed on ______,
in the United States District Court
for the District of Minnesota.
CERTIFIED, 3/22, 2005
RICHARD D. SLETTEN
BY: ______
Deputy Clerk

SCANNED
MAR 30 2005
U.S. DISTRICT COURT MPLS

## RETURN OF SERVICE

Service was made by me: [1] Stephen McComb Date: 3-29-05

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: ______________________

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______________________

☐ Returned unexecuted: ______________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 3-29-05
Date

Al Garber
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure