**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

J. Gregory Dant,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Ann D. Montgomery
U.S. District Judge

| | |
|---|---|
| Case No: | 01-388(ADM) |
| Date: | April 7, 2005 |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 11:00 a.m. |
| Time Concluded: | 11:30 a.m. |
| Time in Court: | 30 Minutes |

## APPEARANCES:

Plaintiff: Tracy Braun, Assistant U.S. Attorney
Defendant: Lyonel Norris

## PROCEEDINGS:

**Revocation of Probation - Final Hearing.**

## ORDERED:

Defendant remanded to custody of the U.S. Marshal.

s/Gertie Simon
Courtroom Deputy