UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff, ORDER

v. Criminal No. 01-338(ADM)

JAMES GREGORY DANT,

Defendant.

---

This matter is before the Court on Defendant's violation of this Court's Order of August 18, 2004. By that Order Defendant was required to perform an additional 50 hours of community service for a total of 200 hours; and at least 100 of those hours needed to be completed before March 18, 2005. Defendant has failed to comply with this Order and he has completed only 13 hours of the community service. Defendant was taken into custody for his failure to comply and served approximately 24 hours in custody. Therefore, IT IS HEREBY ORDERED THAT:

1. Defendant shall be credited community service time for his time in custody.

2. Defendant shall perform an additional 156 hours of community service.

3. Defendant shall report to the Ham Lake Senior Center on or before Monday, April 11, 2005, to make certain that his proposed schedule of completing his community service hours is acceptable to the facility.

4. Defendant shall be released from the custody of the U.S. Marshal.

5. All other conditions of probation previously imposed remain in effect.

BY THE COURT:

s/Ann D. Montgomery
ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: April 8, 2005