UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-338 ADM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>J. GREGORY DANT,<br><br>Defendant,<br><br>SUPERIOR PLATING,<br><br>Garnishee. | NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT |

TO: J. Gregory Dant, the judgment debtor, and
Superior Plating, Garnishee.

Pursuant to 28 U.S.C. § 3205(c)(9)(A), you, the judgment debtor and the garnishee, are hereby notified of the annual accounting of the garnishment of defendant, J. Gregory Dant.

A Garnishment Stipulation was entered by the parties on or about August 10, 2004. A Garnishment Order was entered by the Court on August 16, 2004, ordering that the garnishee pay to plaintiff $150.00 per month.

The garnishee has withheld $75.00 each pay period, pursuant to the garnishment order. The payments received by the U.S.

Attorney's Office for the last 12 months are reflected on the attached Payment History.

Dated: *September 26, 2005*

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

*s/M. Trippler*

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600