# PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 01-MAY-2006 FOR: 2001Z00603/001 PAGE: 1 OF 3

DEBTOR: Dant, J. Gregory

COURT NUMBER: 01-338 ADM PRIORITY CODE: 01

CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0002 | PMNT | 3 | 02-JAN-2003 | OT/A | Dant | | 400264271 | | $150.00 | 02-JAN-2003 |
| 0003 | PMNT | 3 | 03-FEB-2003 | OT/A | dant | | 400264972 | | $150.00 | 05-FEB-2003 |
| 0004 | PMNT | 3 | 03-MAR-2003 | OT/A | Dant | | 400265471 | | $150.00 | 04-MAR-2003 |
| 0005 | PMNT | 3 | 21-JUL-2003 | CL/A | | | 400268472 | | $50.00 | 24-JUL-2003 |
| 0006 | PMNT | 3 | 29-JUL-2003 | CL/A | DANT | | 700428262 | | $120.00 | 30-JUL-2003 |
| 0008 | PMNT | 3 | 12-SEP-2003 | CL/A | dant | | 400269426 | | $120.00 | 16-SEP-2003 |
| 0011 | PMNT | 3 | 18-DEC-2003 | CL/A | J. G. DANT | | 700 429957 | | $480.00 | 19-DEC-2003 |
| 0014 | PMNT | 3 | 29-MAR-2004 | CL/A | Dant | | 400273307 | | $70.00 | 30-MAR-2004 |
| 0015 | PMNT | 3 | 06-APR-2004 | CL/A | Dant | | 400273416 | | $80.00 | 06-APR-2004 |
| 0019 | PMNT | 3 | 20-AUG-2004 | GC/H | Superior Plating | | 400276262 | | $441.42 | 20-AUG-2004 |
| 0020 | PMNT | 3 | 02-SEP-2004 | GC/H | Superior Plating | | 400276471 | | $75.00 | 03-SEP-2004 |
| 0021 | PMNT | 3 | 23-SEP-2004 | GC/H | Superior Plating | | 400276824 | | $75.00 | 23-SEP-2004 |
| 0022 | PMNT | 3 | 12-OCT-2004 | GC/H | Superior Plating Inc | | 400277127 | | $75.00 | 12-OCT-2004 |
| 0023 | PMNT | 3 | 25-OCT-2004 | CL/A | Dant | | 400277491 | | $75.00 | 25-OCT-2004 |
| 0024 | PMNT | 3 | 04-NOV-2004 | GC/H | Superior Plating | | 400277655 | | $75.00 | 04-NOV-2004 |
| 0025 | PMNT | 3 | 22-NOV-2004 | GC/H | Superior Plating | | 400277908 | | $75.00 | 22-NOV-2004 |
| 0026 | PMNT | 3 | 02-DEC-2004 | CL/A | Superior Plating | | 400278009 | | $75.00 | 15-DEC-2004 |
| 0027 | PMNT | 3 | 23-DEC-2004 | CL/A | Dant | | 400278318 | | $75.00 | 27-DEC-2004 |
| 0028 | PMNT | 3 | 06-JAN-2005 | CL/A | Dant | | 400278505 | | $75.00 | 07-JAN-2005 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 01-MAY-2006 FOR: 2001Z00603/001 PAGE: 2 OF 3

DEBTOR: Dant, J. Gregory

COURT NUMBER: 01-338 ADM PRIORITY CODE: 01

CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0029 | PMNT | 3 | 20-JAN-2005 | GC/H | Superior Plating | | 400279623 | | $75.00 | 20-JAN-2005 |
| 0030 | PMNT | 3 | 07-FEB-2005 | CL/A | Superior Plating | | 400280168 | | $75.00 | 07-FEB-2005 |
| 0031 | PMNT | 3 | 22-FEB-2005 | CL/A | Superior Plating | | 400280772 | | $75.00 | 22-FEB-2005 |
| 0032 | PMNT | 3 | 03-MAR-2005 | CL/A | Superior Plating | | 400280922 | | $75.00 | 03-MAR-2005 |
| 0033 | PMNT | 3 | 17-MAR-2005 | CL/A | Superior Plating | | 400281214 | | $75.00 | 17-MAR-2005 |
| 0034 | PMNT | 3 | 04-APR-2005 | CL/A | Superior Plating | | 400281499 | | $75.00 | 05-APR-2005 |
| 0035 | PMNT | 3 | 25-APR-2005 | CL/A | Superior Plating | | 400282993 | | $75.00 | 26-APR-2005 |
| 0036 | PMNT | 3 | 09-MAY-2005 | CL/A | Superior Plating | | 400283419 | | $75.00 | 10-MAY-2005 |
| 0039 | PMNT | 3 | 23-MAY-2005 | GC/H | SUPERIOR PLATING | | 700 435344 | | $75.00 | 24-MAY-2005 |
| 0040 | PMNT | 3 | 06-JUN-2005 | GC/H | SUPERIOR PLATING | | 400 284209 | | $75.00 | 07-JUN-2005 |
| 0041 | PMNT | 3 | 16-JUN-2005 | GC/H | Superior Plating | | 400284392 | | $75.00 | 16-JUN-2005 |
| 0042 | PMNT | 3 | 30-JUN-2005 | CL/A | G. DANT | | CLERK | | $75.00 | 11-JUL-2005 |
| 0043 | PMNT | 3 | 21-JUL-2005 | CL/A | Dant | | 285835 | | $75.00 | 25-JUL-2005 |
| 0044 | PMNT | 3 | 04-AUG-2005 | CL/A | J. DANT | | 286154 | | $75.00 | 05-AUG-2005 |
| 0045 | PMNT | 3 | 18-AUG-2005 | CL/A | Dant | | 286479 | | $75.00 | 19-AUG-2005 |
| 0046 | PMNT | 3 | 31-AUG-2005 | CL/A | J. DANT | | 286705 | | $75.00 | 08-SEP-2005 |
| 0047 | PMNT | 3 | 22-SEP-2005 | CL/A | J. Gregory | | 287178 | | $75.00 | 23-SEP-2005 |
| 0048 | PMNT | 3 | 11-OCT-2005 | CL/A | J. Gregory Dant | | 287656 | | $75.00 | 12-OCT-2005 |

PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 01-MAY-2006 FOR: 2001Z00603/001 

DEBTOR: Dant, J. Gregory

COURT NUMBER: 01-338 ADM PRIORITY CODE: 01

CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0049 | PMNT | 3 | 27-OCT-2005 | CL/A | J. Gregory Dant | | 288817 | | $75.00 | 28-OCT-2005 |
| 0050 | PMNT | 3 | 03-NOV-2005 | CL/A | J. Gregory Dant | | 289114 | | $75.00 | 04-NOV-2005 |
| 0051 | PMNT | 3 | 21-NOV-2005 | CL/A | Greg | | 289513 | | $75.00 | 22-NOV-2005 |
| 0052 | PMNT | 3 | 01-DEC-2005 | CL/A | J. Gregory Dant | | 289889 | | $75.00 | 02-DEC-2005 |
| 0053 | PMNT | 3 | 22-DEC-2005 | CL/A | J. Gregory Dant | | 290298 | | $75.00 | 23-DEC-2005 |
| 0054 | PMNT | 3 | 09-JAN-2006 | CL/A | J. Gregory Dant | | 290522 | | $75.00 | 12-JAN-2006 |
| 0055 | PMNT | 3 | 19-JAN-2006 | CL/A | Dant | | 290932 | | $75.00 | 20-JAN-2006 |
| 0056 | PMNT | 3 | 06-FEB-2006 | CL/A | J. Gregory Dant | | 4641000943 | | $75.00 | 27-FEB-2006 |
| 0057 | PMNT | 3 | 21-FEB-2006 | CL/A | J. Gregory Dant | | 4641001345 | | $75.00 | 01-MAR-2006 |
| 0058 | PMNT | 3 | 06-MAR-2006 | CL/A | J. Gregory Dant | | 4641001749 | | $75.00 | 13-MAR-2006 |
| 0059 | PMNT | 3 | 16-MAR-2006 | CL/A | J. DANT | | 4-2021 | | $75.00 | 12-APR-2006 |
| 0060 | PMNT | 3 | 10-APR-2006 | CL/A | Dant | | 4641002685 | | $26.08 | 20-APR-2006 |
| 0060 | PMNT | 9 | 10-APR-2006 | CL/A | Dant | | 4641002685 | | $48.92 | 20-APR-2006 |
| 0061 | PMNT | 9 | 10-APR-2006 | CL/A | J. DANT | | 6464100042 | | $43.08 | 27-APR-2006 |

Total Payments for Debtor: $4,779.50